1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN MARTINEZ,<br><br>                    Plaintiff,<br><br>        vs.<br><br>SYNCHRONY BANK,<br><br>                    Defendant. | Case No 1:16-CV-00778-DAD-BAM<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANT SYNCHRONY BANK TO RESPOND TO COMPLAINT<br><br>Magistrate Judge Barbara A. McAuliffe, Courtroom 8, 6th floor<br><br>Current Resp. Date:    July 1, 2016<br>New Resp. Date:        July 15, 2016 |

        Pursuant to the parties' Stipulation to Further Extend Time for Defendant Synchrony Bank to Respond to Complaint, and for **GOOD CAUSE** shown, it is hereby ordered that Synchrony Bank shall have until and including July 15, 2016, to file a response to Plaintiff's Complaint.

        **IT IS SO ORDERED.**

Dated:   **July 5, 2016**              _/s/ Barbara A. McAuliffe_
                                    UNITED STATES MAGISTRATE JUDGE